NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA J. FORSYTHE,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1795

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-290, Senior Judge Mary J. Schoelen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              FORSYTHE V. COLLINS

(2)  Each side shall bear their own costs.


                                          FOR THE COURT



February 7, 2025                          Jarrett B. Perlow
     Date                                  Clerk of Court


**ISSUED AS A MANDATE:** February 7, 2025